**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JAMES BELL,

                    Plaintiff,                    22 **CIVIL** 7338 (JPC)(GWG)

       -against-                         <u>**JUDGMENT**</u>

INTERGEN HEALTH MANAGEMENT,

                    Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated May 2, 2023, the Court has ADOPTED the Report and

Recommendation in its entirety. The Amended Complaint is dismissed without prejudice;

accordingly, the case is closed.

**Dated:**  New York, New York
        May 2, 2023

                                  **RUBY J. KRAJICK**

                              _____

                                **Clerk of Court**

       **BY:**             _K. Mango_

                                _____

                                **Deputy Clerk**